USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE PEDDY,

          Plaintiff,

v.

L'OREAL USA Inc.,

          Defendant.

No. 18-CV-7499 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 22, 2019, the Court ordered the parties to submit a joint letter when all discovery disputes were resolved. Discovery ended on November 14, 2019, and Magistrate Judge Cott directed the parties to comply with the Court's October 22, 2019 Order on November 19, 2019. The parties have still not submit a joint letter. No later than December 3, 2019, the parties shall submit their joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

The parties shall appear for a post-discovery conference on December 20, 2019 at 4:00 p.m. to be held in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   November 26, 2019
          New York, New York

_____
Ronnie Abrams
United States District Judge