USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE PEDDY,

    Plaintiff,

v.

L'OREAL USA Inc.,

    Defendant.

No. 18-CV-7499 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the Court hereby adopts the following briefing schedule:

1. Defendant shall file its motion for summary judgment by February 20, 2020.

2. Plaintiff shall file her response in opposition by April 16, 2020.

3. Defendant shall file its reply by April 30, 2020.

In the event the parties decide to appear before Magistrate Judge Cott for a settlement conference, they shall promptly file a joint letter informing the court and shall propose an amended summary judgment briefing schedule.

SO ORDERED.

Dated:   December 20, 2019
        New York, New York

Ronnie Abrams
United States District Judge