# EXHIBIT K

   

Set Goals | Perform | Review

2015

Print

| Process Started on: | 06/05/2015 12:06PM |
| --- | --- |
| Employee Goals Submitted: | 07/28/2015 03:07PM |
| Manager Goals Confirmed: | |
| Manager Completed Year End Review: | 12/17/2015 08:12AM |

**Key Job Accountabilities**

▽ Comments


**Christine Peddy**
12/07/2015 2:37:41PM

Lead the Channel Marketing function, and grow the Matrix business across the various Stores and Chains channels. Plan and execute merchandising initiatives, 360 integrated plans to bring our launches to life leveraging customer tactics and manage the customer relationship. Lead and inspire the new Channel Marketing team to think out of the box, deliver innovative programs and develop professionally to grow within the Matrix family/L'Oreal company.


**Candy Gebhart**
12/17/2015 8:38:34AM

For 2016 and important element to the job responsibility is to be a great partner and leader to the cross-functional teams and strengthening those relationships.

Add new comment

**Business Goal**

Become acclimated with L'Oreal, the culture, organization, people, ways of working and the Matrix Brand

- Attend new hire orientation
- Attend Discovery and/or Insights
- Complete induction meetings
- Establish relationships with cross functional team
- Meet the Customers
- Attend a Matrix Hair Show

▽ Comments


**Christine Peddy**
12/07/15 2:21:21PM

I quickly became acclimated with L'Oreal, learned the ways of working and established relationships with the large cross-functional team that drives the Matrix brand. I attended all onboarding opportunities possible, including the new hire orientation, Discovery week, Regis Training and SalonCentric Onboarding. I completed induction meetings with the brand, sales, creative and the cross functional team. I met with all department heads that I now work with daily. With sales I flew out to meet our big customers, attended the sales meeting, and participated in the customer strategy meetings here in NY. I was fortunate to attend the Matrix hair show in Orlando, and helped with the set-up and worked the show floor for the weekend meeting our consumers.


**Candy Gebhart**
12/17/15 12:33:30AM

Coming into L'Oreal from the outside is not an easy transition and I know firsthand how difficult it could be. I appreciate Christine's can-do, positive attitude and eagerness to be a part of the many events and meetings that we've had. No matter the challenges, Christine has always remained professional and kept a good attitude.
The transition into L'Oreal continues into 2016 until Christine can establish strong, productive relationships with the cross-functional teams built on mutual respect and understanding. This role in Channel Development is an important role as the HUB of many counterparts, and I rely on Christine to make the relationships function smoothly in order to deliver the business results. Currently these relationships are a work in progress and 2016 needs to start off strong.

Add new comment

**Business Goal**

Create the Channel Development vision, and define role and responsibilities with the Field Sales team

- Write the vision
- Address process concerns
- Improve communication flow with Field Sales and Brand
- Define responsibilities, and ownership of projects
- Create key working documents by Customer to aid in 360 planning and execution

▽ Comments


**Christine Peddy**
12/07/15 2:24:41PM

I improved establishing the Channel Department Marketing role, and created the customer loyalty wheel, and marketing strategy specific to in-store and aligned with the Matrix brand vision. Ongoingly I raised process concerns with the goal leveraging all resources, and enabling better speed to market. This led to discussions to better understand and define how we work with the sales team, customers, sales admin, purchasing and the education team. Drafted recommendations, and shared with head of



        sales and my previous manager. I set monthly meetings between our customer teams and each brand team. This helped to funnel communication through channel marketing as one contact, prep our launches for planning meetings and answer technical questions. With my team I established our roles and primary projects through the end of the year for stores and chains' team. New customer strategy decks and templates were created for all planning meetings to bring focus to priorities, and provide 360 launch information. A calendar with the full 360 programs by month was created for 2015, and I assisted Brittany to develop the Winning in Chains deck.

**Candy Gebhart**
12/17/15 1:01:40AM

In my few months here, I saw Christine jump into action and establish many projects quickly with little guidance. She demonstrated her experience and maturity despite the challenges she has faced. Undoubtedly, she deserves the credit for recognizing the needs of the business (for example a sales meeting template), jumping into action and getting it done herself, going over-and-beyond and setting up the rooms, the sales portion of the presentations, and etc. Christine has a great job with this. She has been very dependable for me to deliver everything that I saw that was needed - without me asking. Thank you for your initiative.

Add new comment

**Business Goal**

Prioritize and deliver urgent Channel Development 2H '15 wins for Matrix

- Define what premium looks like for Matrix
- Salon Centric color wall test roll out to more stores
- Salon Centric hair care test in HOC
- JCP premium wall test roll out to 25 doors
- Style link plus ups in Q4
- Flawlessly execute holiday
- Secure quick wins for Hydra Conditioning balm tube
  ▽ Comments



**Christine Peddy**
12/07/15 2:26:20PM

I prioritized the projects given to me, with the goal of completing them by year end to look great in 2016. I looked at the opportunities to help make Matrix look more premium, and secured new extrusions, Matrix wall glorifiers to avoid the paper violators, name plates for navigation and new strip creative. I was able to get Project 185 back on track and all color walls produced, with 23 in-market now. To test improving the hair care wall I went to the NOC and redressed the wall with new strips, and to Saddle Brook to look at strips and placed test framed images to add color to our sea of white. I assisted Brittany in producing the JCP wall and putting it in test, all walls were completed and are ready to ship. Style Link communication went out to all doors with the new messaging, along with new Balm is Back violators and easel cards to drive sales. The existing holiday program was executed, with Q4 pos quickly developed and released.



**Candy Gebhart**
12/17/15 1:07:10AM

Christine has a great vision and eye for style. She came in and helped complete projects and make them happen. She has been very active at continuing to make the Matrix merchandising stand out and I can't wait to see her innovative ideas come to life.
I hope that you've had some important learnings with the Color Wall project and EndCap project in terms of working through the processes of SalonCentric, how to gain approvals, and how to influence purchasing to drive the business goals. It will be critical for you to master the navigation of all the processes and systems so that Matrix can be considered and respected as the merchandising authority. I will count on you to have a mastery of this in 2016.

Add new comment

**People Goal**

Manage the Channel Development team for success

- Act as a mentor for junior employees
- Clearly communicate priorities and ensure on time deliverables
- Motivate team to think out of the box, and embrace new ways of working
- Participate in meetings to aid in improving Creative, Passport, Digital and planning process
- Provide feedback and guidance on situations based on facts
- Set weekly status meetings to provide feedback on promotions and creative
  ▽ Comments



**Christine Peddy**
12/07/15 2:27:29PM

The channel development team is small, but I had weekly team meetings to align on the priorities for the week to ensure everything was delivered on time for management meetings, and art release dates. With the team I helped to improve the set-ups for presenting launches to our customers with a trip to the craft store. To motivate the team for 2016 planning, I scheduled an offsite and tour of luxury stores to get new merchandising and kit ideas. I challenged the team to stop using the same creative they are doing now, and to do things in a more impactful way which will be in-market for 2016. For the brand I hosted a holiday brainstorm for theme and kit ideas. With the AVP's and my manager I helped to participate in meetings to improve our planning process, passport responsibilities, templates for endcap planning and digital marketing ownership which is still evolving (current responsibilities between the teams was not clear entering this role). When asked I gave objective feedback speaking to the facts about working with the sales team, when concerns were raised (there is sensitivity over the channel marketing role between Marketing and Sales and head count. I experienced upon entering this role). But I personally do not have a problem working with anyone, and am flexible to adapt to this role as needed. A weekly creative meeting is in place with Creative and Purchasing to review all projects. Additionally a monthly Store call with SalonCentric and the field to review all monthly promotions so everyone is up to speed, and aligned.

This comment is a continuation of the next People Goal comment.



**Candy Gebhart**
12/17/15 12:57:44AM

I appreciate your professionalism and positive attitude. Given some of the early growing pains of integrating into this role, I understand that you have a positive attitude and can remain professional and have no issues with working with others. The key to your success will be having the self-awareness as well the social/emotional/professional intelligence at L'Oreal to read the situation properly and know the best course of action to resolve a situation or accelerate a great one. I rely on you to have the right assessment of any situation (from all perspectives) so that we can best serve the brand. A measure of success for the future on your leadership and working well with others will be their feedback on working with you.

Add new comment

**People Goal**

Champion the development of the team to advance in organization

- Coach team to be flexible and embrace change
- Foster an environment for innovative ideas
- Provide the tools to act as a general manager in working with our customers
- Guide team to have a voice and be the channel development experts
- Make sure team achieves results with priority projects delivered on time
  ▽ Comments



**Christine Peddy**
12/07/15 2:29:05PM

My goal has been to position the Channel Marketing team for success, and to be a key driver of growth for Matrix improving our relationship with our customers and how we look in-store. It's a fun job, and I try to inject creativity and out of the box thinking to every challenge we are given. I try to be inclusive, and collaborative with the cross-functional teams to arrive at the best ideas and solutions setting up kick-off meetings and asking for feedback. My approach is to manage the Channel Marketing function/job as a general manager. I like to take a look at the big picture, and recommend what we can do to make a greater impact in-store and with our consumers. Many of the teams currently work in silos, and there are a lot of assets that can be better utilized to help drive sales in Chains and Stores. I am trying to help bring everyone together, and to execute 360 integrated marketing promotions. With strong strategy presentations, and 2016 plan recommendations I have guided the team to become the experts in this space. All 2015 priority projects were delivered, and 2016 is well positioned for success.



**Candy Gebhart**
12/17/15 12:52:30AM

I think you are a generous manager who has the team's best interest at heart. You remain professional at all times and set a good example in that way. You present with great enthusiasm and passion and you come to life when you are speaking about the initiatives - that's great. I appreciate you creating a positive environment to be innovative and thinking creatively.
Your team will learn from every step you make - good and bad... so it's important for you to be self-aware and demonstrate constant improvement in your personal development at work so that they can be inspired to do the same. You must decide how you will handle yourself in tough situations/conversations where you are confronted with a problem, dealing with tough personalities, presenting and defending your point of view... you will be faced with these situations and I would advise that you take each of these as opportunities to set an example and inspire your team.

Add new comment

**Additional Comments**

▽ Comments



**Christine Peddy**
12/07/2015 2:31:22PM

I'm very happy to be working at L'Oreal and enjoy the people I work with in PPD. I'm excited to be in a somewhat new role, where I can really help make a difference and improve the way Matrix is marketed to consumers. Overall 5 months into the position, I prioritized delivering the priority projects I was asked to do when I was hired. Additionally I focused on putting key presentation templates in place to clearly communicate to all our strategy and programs we are doing with customers. I also prioritized looking more so at 1H 2016 to make sure we had a solid plan in place for our launches, and could make a difference. In a short time, the color wall got back on track and was produced, JCP wall test implemented and all Hair Care wall enhancements ordered to make Matrix a destination and premium (including new proprietary extrusions, wall glorifiers, new strip creative, Matrix headers and in-line travel fixtures). The team is small, so I have to balance leading the strategy but then also executing all of the initiatives. More of my time was focused on fixing Stores and executing all initiatives given the manager resigned. Looking forward, I'm excited to get more involved with the Chains businesses, especially leveraging all of the opportunities at Ulta. For future success, I will work on improving our relationship with the sales team (and head) by better defining roles and having more open communication. I am also trying to establish direct relationships with the customer contacts to have clearer communication, leverage all resources and make bigger things happen more efficiently. My career aspiration is to be a general manager, so I hope to learn as much as possible about the way PPD operates, our customers (SalonCentric especially), grow the EComm opportunity, deliver some big wins and listen to my manager's feedback so I can become a better leader in the organization.



**Candy Gebhart**
12/17/2015 12:45:52AM

I can understand that this role was not easy to step into, with loosely defined responsibilities and early changes in personnel. I appreciate you jumping in, with little guidance or training, and figuring out the best ways to establish this role. I recognize the hard work (and hours) you personally put into the job to make sure the deliverables were in on time. It made a difference in our customer meetings and the way that we were presented at SC. Your goals and vision for the business is great. You've demonstrated strategic thinking and innovative ideas that I believe could build the business.
What will critical for your success moving into 2016 is 1) A crystal clear understanding of each business situation: levers, possibilities, policies, work arounds. You'll need to differentiate the way things "should work" and the reality of way things DO work at L'Oreal

LUSA - 0084

and find effective ways to work within those norms. 2) Establishing the most effective way to communicate your vision and goals... from a succinct messaging standpoint and also tactic (email, phone, in person). I'd like to see you become the undisputed authority of Channel Development and take command of your bailiwick. 3) Creating and establishing strong relationships with your cross functional partners (Sales like Jessica Johnson, SC like Tien Tu and Cristina Dorsey, Creative like Maureen Turkel and team, Purchasing like Sabrina and Trish, and most importantly the brand teams). Those relationships are still a work in progress and I will count on you to get there.

I believe that if you can establish a great foundation with the aforementioned success factors, your strengths of innovation, entrepreneurship, and enthusiasm will reach new heights for the business.

Add new comment

**Manager's Additional Comments**

Christine, you are a pleasure to work with and have on the team. I appreciate the balance and experience you bring to the team. I can understand that this role was not easy to step into, with loosely defined responsibilities and early changes in personnel. I appreciate you jumping in, with little guidance or training, and figuring out the best ways to establish this role. I recognize the hard work (and hours) you personally put into the job to make sure the deliverables were in on time. It made a difference in our customer meetings and the way that we were presented at SC. Your goals and vision for the business is great. You've demonstrated strategic thinking and innovative ideas that I believe could build the business.

What will critical for your success moving into 2016 is 1) A crystal clear understanding of each business situation: levers, possibilities, policies, work arounds. You'll need to differentiate the way things "should work" and the reality of way things DO work at L'Oreal and find effective ways to work within those norms. 2) Establishing the most effective way to communicate your vision and goals... from a succinct messaging standpoint and also tactic (email, phone, in person). I'd like to see you become the undisputed authority of Channel Development and take command of your bailiwick. 3) Creating and establishing strong relationships with your cross functional partners (Sales like Jessica Johnson, SC like Tien Tu and Cristina Dorsey, Creative like Maureen Turkel and team, Purchasing like Sabrina and Trish, and most importantly the brand teams). Those relationships are still a work in progress and I will count on you to get there.

I believe that if you can establish a great foundation with the aforementioned success factors, your strengths of innovation, entrepreneurship, and enthusiasm will reach new heights for the business.

| | |
|---|---|
| Overall Key Job Accountabilities: | Developing Mastery |
| Overall Business Goals: | Exceeds Expectations |
| Overall People Goals: | Meets Expectations |
| Final Contribution Rating: | 2 - Exceeds Expectations |

Contribution rating sent to HR on 12/17/2015 at 8:47 AM.

Return to the Self Service Homepage



LUSA - 0085