# EXHIBIT L

 **Goals**    2016 

Set Goals    Perform    Review

Print

| | |
|---|---|
| Process Started on: | 02/03/2016 11:02AM |
| Employee Goals Submitted: | 09/08/2016 04:09PM |
| Manager Goals Confirmed: | |
| Manager Completed Year End Review: | 12/21/2016 10:12PM |

### Key Job Accountabilities

Oversee the marketing, promotional and merchandising initiatives to support salons, national accounts and stores to deliver on turnover and sales objectives. Work with the LP sales team, retailers and store team to develop calendars, retail programs, as well as identifying opportunities to further develop the business. In addition, market the Education initiatives of L'Oreal Professionnel such as the Soho Academy programs and Hair Fashion events. Key liaison for Marketing for the Customer Loyalty program and Salon Emotion project with Sales.

Be a positive leader and inspire the L'Oreal Professionnel Marketing team to support these new marketing initiatives, and plan for the new opportunities.

▽ Comments


**Christine Peddy**
12/13/2016 3:17:52PM

Worked with the cross functional teams to help bring my marketing and retail expertise to plan improved 2017 programs for Stores and Salons. A positive leader, I tried to inspire and teach the various teams what you are able to do to better support the launches in the SalonCentric environment. Additionally plan aspirational support to bring Salon Emotion to life, Hair Fashion Night Out and plan a successfully Loyalty program launch.

**Add new comment**

### Business Goal

Create marketing and merchandising initiatives to help grow the L'Oreal Professionnel brand to achieve $82M budget target, and successfully support our launches and initiatives as part of the marketing team
- Deliver integrated merchandising plans and customer calendars
- Create key working documents to aid in planning and sell-in presentations
- Deliver programs successfully from concept to completion, on time

▽ Comments


**Christine Peddy**
12/13/16 12:24:44PM

L'Oreal Professionnel is trending to deliver $81.8M budget for 2016. Stepping into the role I immediately prioritized the Stores channel putting together end of year 2016 and 1H 2017 marketing and merchandising plans for Ulta and SalonCentric stores. Merchandising strategies were recommended to enhance the LP luxury image, and integrated customer calendars were delivered to support key launches including SmartBond, Hair Touch Up, Majirel and Serie. 2017 sell-in presentations were created for each customer meeting, and a SalonCentric stores specific integrated plan inclusive of merchandising, national promotions, Beauty Guru/Shop n Learn events and E-Comm offers created. The Salon Emotion merchandising test with salons was delivered from concept to completion along with all Q1 2017 SalonCentric programs.

**Add new comment**

### Business Goal

Bring the LP launches to life with impactful merchandising:

**SalonCentric**
-Improve the SalonCentric Store environment to make LP look more premium. Roll-out new strips, create new brand glorifiers, explore new header and permanent merchandising opportunities by Q3
-Create a LP Monthly Merch Guide for SalonCentric and host calls with customer to ensure strong execution in stores
-Put together the 2017 SalonCentric plan and pitch for the big merchandising placements to support our launches by September
-Work with Sales team to evaluate the potential of SalonCentric

**Ulta**
-Partner with Ulta to grow the LP brand and expand our premium shelf presence. Prepare 2017 merchandising and promotion opportunities to pitch to grow our space, and sell in launches by September PPD meeting
-Create innovative merchandising to support the Serie launch and new retail shots
-Recommend 2017 new planogram opportunities

**Salons**
-Recommend how we can deliver a great LP salon experience
-Plan the support for 2017 launches focused on Serie, Styling and Mythic Oil by Q3
-Develop a LP Travel Merchandiser for Holiday and Spring Travel promotions

▽ Comments

**Christine Peddy**
12/13/16 2:44:43PM

Merchandising recommendations were made to help drive LP secondary placement, support new SKU distribution and bring the brand launches to life. In SalonCentric a 2017 plan was delivered to improve how LP looks in stores, secure merchandising placements and maximize the volume potential of our priority initiatives. New LP brand glorifiers and permanent merchandising were explored and developed. New headers and strip creative will be ready for Q2 2017 to leverage new branding work and creative visuals. I developed a LP Monthly Merch Guide, and host a call every month with the SalonCentric management team to review the upcoming month's promotions and POS being shipped to stores. This has enabled better execution for LP. The full year plan specifically created for Stores was well received at the Channels meeting. LP secured big Focus Month endcap wins for January and in July for the Serie re-launch. LP has a

window poster placement for the first time to promote SmartBond. Feature placements were secured to support Hair Touch Up and our Tecni.art Styling business, along with the first Hair Fashion Night Out Store event. For LP 11 big secondary merchandising placements were secured through July 2017.

In Ulta I put together two 2017 planning presentations, and met with the merchants in Chicago and NYC to discuss the business. I visited stores to review merchandising opportunities, and provided recommendations to expand LP POG. A premium store within a store concept was prepared and well received. A mini Serie masque merchandiser was developed for in-line. New creative will be developed and premium merchandising will be leveraged for 2017 based on what Ulta allows.

For Salons, the Salon Emotion merchandising pieces were developed and are ready for use to be integrated into the 2017 launch promotions including Serie and Tecni.art. To bring the 7 steps to life, this approach will be featured in Unique Art and pieces developed to support each key placement. A Travel Merchandiser was developed and is ready for use if funding exists, also a new Tiered Merchandiser for reception placement. Moblty was researched, with the opportunity to roll-out screens to flagship salons to digitalize our retail initiatives.

Add new comment

### Business Goal

Develop a plan to turn Education into a profit center by 2017:
-Deliver a business plan in partnership with Education team to build the LP brand through education and make it profitable. Look at P&L, classes, events and how we can sell more tickets
-Look at the Soho Academy and properly plan classes to sell more
-Recommendation for how to sell our classes, and support through media and social
-Recommendation to improve our Academies to have a LP brand experience leveraging our latest assets, and make money
-Incorporate the strategy of Schools and quantify the potential and how we can grow
-Main contact for Education for marketing initiatives
▽ Comments



Christine Peddy
12/13/16 2:51:36PM

The timing of this project shifted to 2017 given Stores and workload. But calendars were developed of the education offerings, and recommended opportunities to visually update the Soho Academy delivered. Sales was supported for the Branca school pitch which was secured. I also established contacts for the SalonCentric education initiatives. The Beauty Guru Glam Camp was planned, and first half Shop n Learn events put into place with January demos already in execution. In 2017 I would like to explore branding the LP Education initiatives so they are easier to remember and stand out with stylists, expand classroom and ticket sales to help make education profitable and incorporate new education initiatives into CRM and the Loyalty program.

Add new comment

### Business Goal

Be the champion of Salon Emotion and manage Customer Loyalty initiatives for LP:

Salon Emotion
-Set up 5 LP Test Salons in 2016 by Q4
-Develop and deliver the key merchandising pieces to bring Salon Emotion to life in the US
-Create a LP Salon Emotion tracker to monitor our success
-Plan the 2017 rollout with timing, capex budget proposal and recommend the select merchandising to offer

Customer Loyalty
-Represent LP on the PPD taskforce and help plan to go live in March 2017
-Deliver a direct mail piece to our loyal customers announcing the new Level program
-Ensure new program will not negatively impact the LP P&L
-Select merchandising for the Rewards Catalog
-Put together a communication plan for our Elites
▽ Comments



Christine Peddy
12/13/16 2:57:44PM

I embraced Salon Emotion, and attended the Global Retail workshop in Paris which was very rewarding. Salon Emotion LP branded merchandising items were all developed locally by me, and the LP test put into place at Ensemble, William James, Jordan Thomas, salon 8736 and David Alexander's new location is being custom built. A 2017 Salon Emotion plan was delivered, and will now be incorporated into all of our launches. Additionally the digital opportunity of Moblty screens in Flagship salons will be rolled out.

I represented LP participating on the Level Loyalty Rewards taskforce. A direct mail piece was planned, and I selected and branded LP merchandising for the rewards catalog. Financials are still being looked at for a March 2017 launch. This initiative will be communicated as part of the Pro site launch when ready, and CRM planned to our top customers and stylists.

Add new comment

### People Goal

Work effectively with all cross-functional partners including Marketing, Sales, Education, Digital, Communication and Finance:
-Key communicator of merchandising and business building opportunities
-Clearly communicate strategies and assign tasks to ensure on-time deliverables
-Champion collaboration and problem-solving in meetings to aid in improving program execution
-Encourage big ideas that can be delivered with a small budget
▽ Comments

Christine Peddy                It's been a great opportunity to work on these PPD initiatives because you get to touch



12/13/16 3:05:00PM   so many different people and functions. With the Brand team I wanted to be a resource and source of knowledge for improving our initiatives in stores. I helped to recommend and secure the merchandising opportunities that would work for each launch. For salons the Salon Emotion pieces are being integrated into the deals and I helped with the recommendations and pricing. I collaborated with all parties to deliver materials and merchandising for successful Ulta. Ratner, SalonCentric promo structure and Channel meeting. Working with Finance I helped to establish a Stores budget, and better plan and track the capex budget for 2016 and 2017. We have some big merchandising planned, despite a small budget and I look forward to working more closely with the SSC's and Street team to improve our Flagship salons.

Add new comment

**Additional Comments**

▽ Comments



Christine Peddy
12/13/2016 3:13:25PM

Overall joining the LP team has been a rewarding experience. I like that it's a smaller brand with a lot of potential, and you are allowed to be more entrepreneurial. This is the type of environment I thrive in, and the projects are a good mix of both being challenging and creative. Working on a global international brand, has also been inspirational to me as I hope to have the opportunity work in another country at some point during my career. For 2016 I jumped in and tried to quickly contribute to the business. I helped bring some organization to the Stores channel, delivered the Salon Emotion LP Test, developed key merchandising pieces for use now and in 2017 launches and participated in successful Ulta. Ratner and SalonCentric planning meetings to set up 2017 for success. For future success I think putting a process in place for Capex projects is needed, a support person would be helpful as I am one person doing everything, and ownership clarity for Ulta and SalonCentric (Me, vs. Sales vs. Brand). With a team, projects could be delivered more quickly. I hope to learn as much as possible, and be able to quickly get to the next VP level.

Add new comment

**Manager's Additional Comments**

C. Peddy 2016 YER Review
Key Strengths:
• Action oriented; strong drive for results; takes initiative and moves projects forward quickly
• Strong organizational skills and planning skills; great follow up and attention to detail
• Creative problem solver with disruptive ideas; takes feedback and comes back with solutions
• Positive attitude, willing to take on new responsibilities
Commentary on 2015 Goals:
1. Store Strategy:
- Great progress in developing a strategic plan for stores for 2016; overall calendar and strategy presented in Channel meeting was well received; effective partner with SC in brainstorming new ideas (eg. Extending Hair Fashion Night program to stores)
- Worked closely with SC team to align on programs and initiatives; keeps on top of all deadlines & deliverables for SC programs & communicates these to marketing teams
- Managed the January focus end cap in conjunction with haircare marketing team & is planning for July Serie program; generates new ideas for LP based on other PPD & partner brand programs in store:
o Would like to see further analysis and sharing of key learnings with marketing team for major color & retail competitors (eg. Booth renter programs)
- Provides direction to Liz & Zack and engages them to help analyze the store business
- Currently working with finance to create a total store fuel & PDA spending analysis
- Needs to manage investment and prioritize store projects based on overall LP & brand specific strategies:
o Would like to see a deeper dive on SC & LP store customers to identify if LP can really grow through this channel

2. Salon Emotion & Loyalty Programs:
- Strong understanding and champion of DMI program, after attending seminar in Paris
- Testing plan in 5 salons, would like to see feedback shared with the teams on how this is going
- Implemented Salon Emotion content into brand deals & Unique Art
- Quickly took the lead on Mobity program; met with other PPD brands, organized costs/budget and quickly working to execute a plan Q1
- Represent LP on PPD taskforce to launch new program

3. Retail Merchandising:
- Creative ideas in developing merchandising options for Hair Fashion Night & Serie Renovation
- Coordinates and shares information with other PPD brands to leverage efficiencies
- Creative ideation and organization of Hair Fashion Night program
- Needs to ensure upfront alignment with marketing team on budgets prior to beginning merchandising programs
- Has taken a leadership role in planning the NSM experience room; coordinates all efforts with sales, marketing and education; has developed strong creative ideas to make room impactful and is managing details with full team

4. Chains Liaison
- Developed effective presentation for Ulta Strategy meeting in August & October
- Managed overall merchandising vision for presentation and for planogram recommendation
o Needs to work further out with creative timelines to allow adequate time for material preparation
- Took lead in developing the presentation / strategy for Ratner meeting
o Could have been more effective at understanding existing business & their needs prior to creating the charts; ensure conversations with sales/marketing teams are happening up front before work is done

Key Development Areas:
• Works collaboratively with teams / Interacts Effectively:
o Needs to take into account the objectives of the brands / marketing teams to ensure alignment up front before work begins
o Should develop a plan to communicate better with marketing team on budgets & priorities
o Ensure more face to face conversations and involvement vs. emails alone:
• Sensitivity to Metier
o Gain better understanding of our top LP salons and their business needs; ensure understanding of more premium high-end salons and what merchandising pieces or business support would be appropriate for our level of salon (vs. a Redken or Matrix)

| | |
|---|---|
| **Overall Key Job Accountabilities:** | Developing Mastery |
| **Overall Business Goals:** | Meets Expectations |

| | |
|---|---|
| Overall People Goals: | Meets Expectations |
| Final Contribution Rating: | 3 - Meets Expectations |
| | Contribution rating sent to HR on 12/21/2016 at 10:25 PM. |

Return to the Self Service Homepage

