# EXHIBIT M

April 14, 2016

Christine Peddy
464 Columbus Avenue
Apt. 5-A
New York, NY 10024

Dear Christine:

L'Oréal USA, Inc. and its parent, subsidiary and affiliated companies ("L'Oréal" or the "Company") and you desire to end your employment on mutually agreeable terms. Therefore, the following conditions will cover the termination of your employment with L'Oréal.

1. <u>Termination Date</u> - Your last day of work shall be April 14, 2016. It is required that you return any and all company materials, including your laptop, corporate card, id badges and other materials by April 14, 2016.

2. <u>Return of Company Property</u> - You will return your corporate card by April 14, 2016. You understand that any outstanding balance on this card is solely your responsibility and must be paid upon receipt of the last bill. Business expenses will be reimbursed in accordance with company policy.

3. <u>Severance Payment</u> - You will receive severance payments of 4 weeks of your base salary minus applicable withholdings and deductions. This means you will receive monthly paychecks through May 13, 2016 (the "Severance Period").

4. <u>Payment Not Subject to Release</u> - In addition to the severance in paragraph 3, you will receive payment for any days of accrued and unused vacation and PTO. You understand that you are entitled to your accrued and unused vacation and PTO pay whether or not you sign this agreement.

5. <u>Employee Benefits</u> - Medical, dental, basic company paid and employee paid supplemental life insurance will continue during the Severance Period, at the same rate of contribution as for regular employees. If you have enrolled in a Health Care Spending Account, your participation will continue during the Severance Period. As of your last day of work, you will not receive service credit for any purpose, including pension accrual or vesting and Savings Plan vesting. Nothing contained in this agreement will affect your entitlement to any vested pension or 401(k) benefits; such benefits shall be governed by the terms of their respective plans.

6. <u>General Release</u> - In exchange for L'Oréal's payment of severance and other benefits outlined above in paragraphs 3 and 5, to which you are not otherwise entitled and which you agree is sufficient consideration to support your full release of all claims, you hereby release the company, its past and present affiliates, divisions, subsidiaries, shareholders, directors, officers, agents, employees, representatives and their successors and assigns ("Releasees") from any claim you may have, known or unknown, against any of the Releasees from the beginning of time to the date of this agreement, including, but not limited to, any claim arising out of your employment or separation from employment with L'Oréal, any claim for breach of contract, breach of privacy law, violation of whistleblower law, tortious conduct, defamation, wrongful discharge, and any claim for discrimination in employment under state, federal or local law on the basis of actual or perceived race, color, creed, age, national origin, religion, alienage or citizenship, gender, sexual

orientation, disability, marital status, veteran's status or association with someone in these groups, including all rights and claims you may have arising under the Age Discrimination in Employment Act as amended by the Older Worker Benefit Protection Act, as well as all claims for the payment of wages, commissions, bonuses, money owed, free goods, profit sharing, disability payments, severance (other than that provided by this agreement) or claims for attorneys' fees or expenses.

7. <u>Confidentiality</u> - You agree to keep the existence of and the terms and conditions of this agreement strictly confidential. To this end, you agree not to initiate, respond to, or in any way participate in or contribute to any public or private communication concerning or relating to this agreement, the terms hereof, and the events that led to this agreement. Notwithstanding the foregoing, you may disclose this agreement to your spouse, attorneys, accountants, and tax advisors so long as they are made aware of this confidentiality provision and agree to abide by it. You may also disclose this agreement and its terms as required by lawful process or subpoena; <u>provided, however</u>, that you must give immediate written notice by hand delivery or facsimile, to the L'Oréal Legal Department of any such request so that L'Oréal may have the opportunity to seek a protective order. You agree that, if you, your spouse, attorney, accountant, or tax advisor fail(s) to abide by the terms of this paragraph, it will be a breach of this agreement and, if such a breach occurs, you will pay L'Oréal an amount equal to the sum of the severance payments provided for in paragraph 3 above and the value of the benefits set forth in Paragraph 5 above, plus any reasonable attorneys' fees incurred by L'Oréal in order to collect that amount.

8. <u>Entire Agreement</u> - This agreement represents the entire understanding between L'Oréal and you. This agreement may not be changed unless the changes are in writing and signed by L'Oréal and you. This agreement does not supersede or limit your continuing obligations to L'Oréal, including, but not limited to, such obligations set forth in the Acts Inconsistent with the Interests of L'Oréal USA policy and agreement, the Intellectual Property policy and agreement, the Patent and Intellectual Property agreement, and any applicable non-competition agreement but does supersede any agreements, whether written or oral relating to the subject matter of this agreement.

9. <u>No Admission</u> - This agreement shall not be construed as an admission of any wrongdoing by you or L'Oréal.

10. <u>Covenant Not To Sue</u> - You represent and warrant that you have not filed any complaints, charges, lawsuits, or other legal actions with any court or governmental agency relating to any claims being released by you in this agreement and that you will not file any complaints, charges, lawsuits, or other legal actions at any time hereafter, derived from such released claims. This covenant not to sue is a promise not to file a claim and is different from the General Release contained above. There is, however, an exception to the covenant not to sue as it relates solely to the Age Discrimination in Employment Act. The Age Discrimination in Employment Act permits employees in the protected age group to bring a claim against L'Oréal to either enforce this Agreement or to challenge the validity of the general release contained in paragraph 7, above, as it pertains to the release of claims under the Age Discrimination in Employment Act. You further represent and warrant that you have not heretofore assigned or transferred to any person not a party to this agreement any released matter or any part or portion thereof. If any action is brought by you in breach of the covenant not to sue in this agreement, then you shall forfeit and be liable to the company for the return of all money and other benefits granted to you by this agreement with the exception of $100.00.

11. <u>No Disparagement</u> - You agree that you will not engage in any conduct that is injurious to L'Oréal's reputation and interest, including, but not limited to, disparaging, inducing or

encouraging others to disparage L'Oréal, or making or causing to be made any statement that is critical of or otherwise maligns the business reputation of L'Oréal.

12. <u>No Future Employment</u> - You agree and acknowledge that you will not seek or accept work, in the capacity of an employee or temporary worker, whether through an agency or on your own, with L'Oréal.

13. <u>Cooperation in Legal Matters</u> - You agree that you will cooperate with L'Oréal in connection with any internal investigation, the defense or prosecution of any claim that may be made against or by L'Oréal, or in connection with any ongoing future investigation or dispute or claim of any kind involving L'Oréal, including any proceeding before any arbitral, administrative, judicial, legislative, or other body or agency, to the extent that such claims, investigations or proceedings relate to services performed or required to be performed by you, pertinent knowledge possessed by you, or any act or omission by you.

14. <u>Governing Law</u> - The rights and obligations of the parties hereunder shall be construed and enforced in accordance with, and shall be governed by, the laws of the State of New York, without regard to principles of conflict of laws.

15. <u>Severability</u> - If any provision of this agreement or the application thereof is held invalid, such invalidation shall not affect other provisions or applications of this agreement and, to this end, the provisions of this agreement are declared to be severable.

16. <u>Consideration/Revocation Periods</u> - You should consult with an attorney before signing this agreement.  Under this agreement you are releasing any claims you may have against the Releasees, including claims under the Age Discrimination in Employment Act, as amended (the "ADEA"), which have arisen up to the effective date of this agreement.  You have 21 calendar days following your receipt of this agreement to consider its terms.  In addition, you have 7 calendar days following the date you execute this agreement to revoke it, by delivering a written revocation to me within the 7 calendar day revocation period.  Your waiver of claims under the ADEA is not effective or enforceable until the revocation period expires.  You will not be eligible to receive any payments or benefits under paragraphs 3 and 5 until you have signed the agreement and the revocation period has expired without your revoking it.  Notwithstanding anything to the contrary contained herein, this agreement shall not preclude you from seeking a judicial determination as to the enforceability of the ADEA waiver set forth herein.

17. <u>Knowing and Voluntary Agreement</u> - By signing this agreement, you acknowledge that you agree with and understand all its terms and that your signing is knowing and voluntary.

Sincerely,

_____
Maria Morales
Assistant Vice President
Human Resources

Date: _____
Read and Accepted:

_____
Christine Peddy



DATE

NAME

Dear:

L'Oréal USA, Inc. and its parent, subsidiary and affiliated companies ("L'Oréal" or the "Company") and you desire to end your employment on mutually agreeable terms. Therefore, the following conditions will cover the termination of your employment with L'Oréal.

1.  <u>Termination Date</u> - Your last day of work shall be December 31, 2017. It is required that you return any and all company materials by December 31, 2017.

2.  <u>Return of Company Property</u> - You understand that any outstanding balance on your JP Morgan Corporate card is solely your responsibility and must be paid upon receipt of the last bill. Business expenses will be reimbursed in accordance with company policy.

3.  <u>Severance Payment</u> – Provided you remain employee in good standing[1] through the Termination Date unless released earlier by the Company, and in accordance with paragraph 19, you will receive severance payments of <u>X</u> weeks of your base salary (through and until <u>X</u> (the "Severance Period") minus applicable withholdings and deductions. You acknowledge that you will not be entitled to this payment if you do not sign this Agreement. By signing below, you agree and understand that, to the extent permitted by applicable law, any outstanding balance on your corporate credit card for personal expenses, late charges due to your own conduct, and penalties that have not been paid within 45 days following the termination of your employment may be deducted from the severance payments described herein. If any point during the Severance Period you obtain a new full-time position with the Company, either as a regular employee or as a temporary employee, you understand and agree that your severance payments will cease as of your first day of employment. You agree to provide the undersigned with information pertaining to any new employment that you might accept with the Company within ten (10) days of your first day of work.

---

[1] For purposes of this agreement, the term Good Standing means that, through the Termination Date, you will maintain acceptable levels of attendance and performance, which shall include, without limitation, making yourself available to meet with Senior Management, effectively assisting with the transition of your job responsibilities and otherwise performing your normal day to day duties in a professional and timely manner. The Company will provide you with maximum flexibility to engage in job search activities during your transition period, including inter alia, time off to meet with recruiters, potential employers, or to start your outplacement services, provided you give your management team reasonable notice of your need to be out of the office and schedule your time away in a manner, to the greatest extent possible, to avoid conflicts with business needs.

4.  <u>Payment Not Subject to Release</u> - In addition to the severance in paragraph 3, you will receive payment for X days of accrued and unused PTO.  You understand that you are entitled to your accrued and unused PTO pay whether or not you sign this agreement.

5.  <u>Employee Benefits</u> - Medical, dental, basic company paid and employee paid supplemental life insurance will continue during the Severance Period, at the same rate of contribution as for regular employees.  If you have enrolled in a Health Care Spending Account, your participation will continue during the Severance Period.  As of your last day of work, you will not receive service credit for any purpose, including pension accrual or vesting and Savings Plan vesting.  Nothing contained in this agreement will affect your entitlement to any vested pension or 401(k) benefits; such benefits shall be governed by the terms of their respective plans.

6.  <u>General Release</u> - In exchange for L'Oréal's payment of severance and other benefits outlined above in paragraphs 3 and 5, to which you are not otherwise entitled and which you agree is sufficient consideration to support your full release of all claims, you hereby release the company, its past and present affiliates, divisions, subsidiaries, shareholders, directors, officers, agents, employees, representatives and their successors and assigns ("Releasees") from any claim you may have, known or unknown, against any of the Releasees from the beginning of time to the date of this agreement, including, but not limited to, any claim arising out of your employment or separation from employment with L'Oréal, any claim for breach of contract, breach of privacy law, violation of whistleblower law, tortious conduct, defamation, wrongful discharge, and any claim for discrimination in employment under state, federal or local law on the basis of actual or perceived race, color, creed, age, national origin, religion, alienage or citizenship, gender, sexual orientation, disability, marital status, veteran's status or association with someone in these groups, including all rights and claims you may have arising under the Age Discrimination in Employment Act as amended by the Older Worker Benefit Protection Act, as well as all claims for the payment of wages, commissions, bonuses, money owed, free goods, profit sharing, disability payments, severance (other than that provided by this agreement) or claims for attorneys' fees or expenses.

7.  <u>Confidentiality</u> - You agree to keep the existence of and the terms and conditions of this agreement strictly confidential.  To this end, you agree not to initiate, respond to, or in any way participate in or contribute to any public or private communication concerning or relating to this agreement, the terms hereof, and the events that led to this agreement.  Notwithstanding the foregoing, you may disclose this agreement to your spouse, attorneys, accountants, and tax advisors so long as they are made aware of this confidentiality provision and agree to abide by it.  You may also disclose this agreement and its terms as required by lawful process or subpoena; <u>provided</u>, <u>however</u>, that you must give immediate written notice by hand delivery or facsimile, to the L'Oréal Legal Department of any such request so that L'Oréal may have the opportunity to seek a protective order.  You agree that, if you, your spouse, attorney, accountant, or tax advisor fail(s) to abide by the terms of this paragraph, it will be a breach of this agreement and, if such a breach occurs, you will pay L'Oréal an amount equal to the sum of the severance payments provided for in paragraph 3 above and the value of the benefits set forth in Paragraph(s) 5 [and 6] above, plus any reasonable attorneys' fees incurred by L'Oréal in order to collect that amount.

8.  <u>Entire Agreement</u> - This agreement represents the entire understanding between L'Oréal and you.  This agreement may not be changed unless the changes are in writing and signed by L'Oréal and you.  This agreement does not supersede or limit your continuing obligations to L'Oréal, including, but not limited to, such obligations set forth in the Acts Inconsistent with the Interests of L'Oréal USA policy and agreement, the Intellectual Property policy and agreement, the Patent and Intellectual Property agreement, and any applicable non-competition agreement but does supersede any agreements, whether written or oral relating to the subject matter of this agreement.

9.  <u>No Admission</u> - This agreement shall not be construed as an admission of any wrongdoing by you or L'Oréal.

10. <u>Covenant Not To Sue</u> - You represent and warrant that you have not filed any complaints, charges, lawsuits, or other legal actions with any court or governmental agency relating to any claims being released by you in this agreement and that you will not file any complaints, charges, lawsuits, or other legal actions at any time hereafter, derived from such released claims. This covenant not to sue is a promise not to file a claim and is different from the General Release contained above. There is, however, an exception to the covenant not to sue as it relates solely to the Age Discrimination in Employment Act. The Age Discrimination in Employment Act permits employees in the protected age group to bring a claim against L'Oréal to either enforce this Agreement or to challenge the validity of the general release contained in paragraph 7, above, as it pertains to the release of claims under the Age Discrimination in Employment Act. You further represent and warrant that you have not heretofore assigned or transferred to any person nor a party to this agreement any released matter or any part or portion thereof. If any action is brought by you in breach of the covenant not to sue in this agreement, then you shall forfeit and be liable to the company for the return of all money and other benefits granted to you by this agreement with the exception of $100.00.

11. <u>No Disparagement</u> - You agree that you will not engage in any conduct that is injurious to L'Oréal's reputation and interest, including, but not limited to, disparaging, inducing or encouraging others to disparage L'Oréal, or making or causing to be made any statement that is critical of or otherwise maligns the business reputation of L'Oréal.

12. <u>Cooperation in Legal Matters</u> - You agree that you will cooperate with L'Oréal in connection with any internal investigation, the defense or prosecution of any claim that may be made against or by L'Oréal, or in connection with any ongoing future investigation or dispute or claim of any kind involving L'Oréal, including any proceeding before any arbitral, administrative, judicial, legislative, or other body or agency, to the extent that such claims, investigations or proceedings relate to services performed or required to be performed by you, pertinent knowledge possessed by you, or any act or omission by you.

13. <u>Governing Law</u> - The rights and obligations of the parties hereunder shall be construed and enforced in accordance with, and shall be governed by, the laws of the State of New York, without regard to principles of conflict of laws.

14. <u>Severability</u> - If any provision of this agreement or the application thereof is held invalid, such invalidation shall not affect other provisions or applications of this agreement and, to this end, the provisions of this agreement are declared to be severable.

15. <u>Consideration/Revocation Periods</u> - You should consult with an attorney before signing this agreement. Under this agreement you are releasing any claims you may have against the Releasees, including claims under the Age Discrimination in Employment Act, as amended (the "ADEA"), which have arisen up to the effective date of this agreement. You have 21 calendar days following your receipt of this agreement to consider its terms. In addition, you have 7 calendar days following the date you execute this agreement to revoke it, by delivering a written revocation to me within the 7 calendar day revocation period. Your waiver of claims under the ADEA is not effective or enforceable until the revocation period expires. You will not be eligible to receive any payments or benefits under paragraphs 3 and 5 until you have signed the agreement and the revocation period has expired without your revoking it. Notwithstanding anything to the contrary contained herein, this agreement shall not preclude you from seeking a judicial determination as to the enforceability of the ADEA waiver set forth herein.

16. <u>Knowing and Voluntary Agreement</u> - By signing this agreement, you acknowledge that you agree with and understand all its terms and that your signing is knowing and voluntary.

Sincerely,

_____

HR REP
Human Resources

Date: _____
Read and Accepted:


_____
Employee Name

# EXHIBIT A

## OLDER WORKERS BENEFIT PROTECTION ACT
## INFORMATION RELATING TO WORKFORCE RESTRUCTURING

### PROFESSIONAL PRODUCTS DIVISION

The Federal Older Workers' Benefit Protection Act, requires that when a group of employees is asked to sign a release of claims in connection with a group termination program, those individuals 40 years of age and older must be provided with certain information, including the individuals covered by the program; any eligibility factors the Company used to determine who is selected and not selected for termination; the applicable time limits for the program; and the job titles and ages of all individuals selected and not selected for termination. This information is set forth below. We encourage you to discuss this information with your attorney before signing the attached Severance Agreement (the "Agreement"), which contains a General Release and Covenant Not to Sue.

**Decisional Unit:** The decisional unit to which this program applies is the <u>Professional Products Division</u>.

**Eligibility Factors:**

In determining who will be retained and who will be selected for layoff, the Company generally considered the following factors:

○   Position currently held,

○   the needs of the business and the responsibilities of the department in the short and long terms, based on the organizational structure remaining after the reduction in force,

○   cost savings to be achieved as a result of the reductions.

Not all factors were used for all employees.

**Time Limits:** Employees will have 45 days, or until _____, 2017 to sign and return the Company's Separation Agreement, which contains a General Release and Covenant Not to Sue, to the Company. If the Agreement is not returned by the close of business on that date, the Employee will no longer be eligible for the separation benefits set forth in this Agreement. You also have seven (7) days after you sign it to revoke it (employees in Minnesota have 15 days to revoke), such that your revocation is received by the Company no later than the 8th day after you signed the Agreement.

**Set forth on the following page is a chart with the Job Titles and Ages of all individuals in your business decisional unit who were selected or not selected for termination as part of this program.** This disclosure is made as of November __, 2017 Due to the nature of the workforce restructuring process, those individuals who are identified as not having been selected for the program may later be selected for termination of employment.

| Age | Job Title | Selected | Not Selected |
|-----|-----------|----------|--------------|
| 30 | Administrative Asst III | | X |
| 52 | Administrative Asst III | | X |
| 28 | Administrative Asst III | | X |
| 27 | Administrative Asst III | | X |
| 24 | Administrative Asst III | | X |
| 59 | Administrator-Accounts Payable | | X |
| 24 | Analyst - Social Media | | X |
| 24 | Analyst - Social Media | | X |
| 46 | Analyst-Finance | | X |
| 41 | Assoc Dir - Creative | | X |
| 32 | Asst Mgr - Business Develpmnt | | X |
| 39 | Asst Mgr - Digital | | X |
| 30 | Asst Mgr - Digital | | X |
| 27 | Asst Mgr - Digital | | X |
| 28 | Asst Mgr - Digital | | X |
| 26 | Asst Mgr - Digital | | X |
| 25 | Asst Mgr - Digital | | X |
| 29 | Asst Mgr - Digital | | X |
| 27 | Asst Mgr - Digital | | X |
| 26 | Asst Mgr - eCommerce | | X |
| 25 | Asst Mgr - Education | | X |
| 28 | Asst Mgr - Education | | X |
| 23 | Asst Mgr - Human Resources | | X |
| 25 | Asst Mgr - Marketing | | X |
| 30 | Asst Mgr - Marketing | | X |
| 24 | Asst Mgr - Marketing | | X |
| 25 | Asst Mgr - Marketing | | X |
| 24 | Asst Mgr - Marketing | | X |
| 28 | Asst Mgr - Marketing | | X |
| 24 | Asst Mgr - Marketing | | X |
| 26 | Asst Mgr - Marketing | | X |
| 26 | Asst Mgr - Marketing | | X |
| 26 | Asst Mgr - Marketing | | X |
| 26 | Asst Mgr - Marketing | | X |
| 24 | Asst Mgr - Marketing | | X |
| 24 | Asst Mgr - Marketing | | X |
| 34 | Asst Mgr - Product Testing | | X |
| 27 | Asst Mgr - Promo Purchasing | | X |
| 25 | Asst Mgr - Public Relations | | X |
| 27 | Asst Mgr - Public Relations | | X |
| 24 | Asst Mgr - Sales Admin | | X |
| 26 | Asst Mgr - Social Media | | X |
| 26 | Asst Mgr - Social Media | | X |
| 26 | Asst Mgr - Social Media | | X |
| 44 | AVP - Business Development | X | |
| 40 | AVP - Business Development | | X |
| 54 | AVP - Business Development | | X |
| 38 | AVP - Business Development | | X |
| 49 | AVP - Business Development | | X |

| | | | |
|---|---|---|---|
| 54 | AVP - Business Development | | X |
| 46 | AVP - Business Development | | X |
| 48 | AVP - Business Development | | X |
| 44 | AVP - Business Development | | X |
| 39 | AVP - Business Development | | X |
| 48 | AVP - Business Development | | X |
| 45 | AVP - Creative | | X |
| 37 | AVP - Creative | | X |
| 41 | AVP - Digital | | X |
| 35 | AVP - Digital | | X |
| 35 | AVP - Digital | | X |
| 31 | AVP - Education | | X |
| 36 | AVP - Education | | X |
| 50 | AVP - Education | | X |
| 43 | AVP - Education | | X |
| 46 | AVP - Education | | X |
| 45 | AVP - Education | | X |
| 47 | AVP - Human Resources | | X |
| 42 | AVP - Human Resources | | X |
| 34 | AVP - Human Resources | | X |
| 40 | AVP - Human Resources | | X |
| 43 | AVP - Human Resources | | X |
| 40 | AVP - Human Resources | | X |
| 34 | AVP - Marketing | | X |
| 44 | AVP - Marketing | | X |
| 35 | AVP - Marketing | | X |
| 36 | AVP - Marketing | | X |
| 42 | AVP - Marketing | | X |
| 34 | AVP - Marketing | | X |
| 34 | AVP - Marketing | | X |
| 47 | AVP - Marketing | X | |
| 33 | AVP - Marketing | | X |
| 36 | AVP - Marketing | | X |
| 36 | AVP - Marketing | | X |
| 33 | AVP - Marketing | | X |
| 42 | AVP - Marketing | | X |
| 47 | AVP - Promo Purchasing | | X |
| 53 | AVP - Promo Purchasing | | X |
| 37 | AVP - Public Relations | | X |
| 45 | AVP - Sales | | X |
| 60 | AVP - Sales | | X |
| 45 | AVP - Sales | | X |
| 48 | AVP - Sales Analysis | | X |
| 59 | AVP - Training | | X |
| 41 | AVP - Training | | X |
| 43 | AVP-Finance | | X |
| 36 | AVP-Finance | | X |
| 38 | AVP-Finance | | X |
| 36 | AVP-Finance | | X |
| 37 | AVP-Finance | | X |
| 35 | AVP-Finance | | X |

| | | | |
|---|---|---|---|
| 43 | AVP-Finance | | X |
| 35 | AVP-Finance | | X |
| 43 | AVP-Finance | | X |
| 40 | Coord - Facilities | | X |
| 25 | Coord - Facilities | | X |
| 24 | Coord - Marketing | | X |
| 25 | Coord - Project | | X |
| 31 | Coord - Public Relations | | X |
| 57 | Dir - Area Education | | X |
| 45 | Dir - Art | | X |
| 29 | Dir - Art | | X |
| 52 | Dir - Business Development | | X |
| 40 | Dir - Business Development | | X |
| 28 | Dir - Business Development | | X |
| 58 | Dir - Business Development | | X |
| 32 | Dir - Business Development | | X |
| 54 | Dir - Business Development | | X |
| 56 | Dir - Business Development | | X |
| 67 | Dir - Business Development | | X |
| 59 | Dir - Business Development | | X |
| 36 | Dir - Business Development | | X |
| 36 | Dir - Business Development | | X |
| 54 | Dir - Business Development | | X |
| 32 | Dir - Business Development | | X |
| 54 | Dir - Business Development | | X |
| 36 | Dir - Business Development | | X |
| 44 | Dir - Creative | | X |
| 43 | Dir - Digital | | X |
| 37 | Dir - Digital | | X |
| 32 | Dir - Digital | | X |
| 28 | Dir - Digital | | X |
| 30 | Dir - Digital | | X |
| 29 | Dir - Digital | | X |
| 31 | Dir - Digital | | X |
| 26 | Dir - eCommerce | | X |
| 38 | Dir - eCommerce | | X |
| 34 | Dir - eCommerce | | X |
| 30 | Dir - Education | | X |
| 44 | Dir - Education | | X |
| 54 | Dir - Education | | X |
| 56 | Dir - Education | | X |
| 36 | Dir - Education | | X |
| 43 | Dir - Education | | X |
| 52 | Dir - Education | | X |
| 52 | Dir - Education | | X |
| 42 | Dir - Education | X | |
| 48 | Dir - Education | | X |
| 57 | Dir - Education | | X |
| 40 | Dir - Education | | X |
| 39 | Dir - Human Resources | | X |
| 56 | Dir - Human Resources | X | |

| | | | |
|---|---|---|---|
| 35 | Dir - Human Resources | | X |
| 33 | Dir - Marketing | | X |
| 40 | Dir - Marketing | | X |
| 31 | Dir - Marketing | | X |
| 30 | Dir - Marketing | | X |
| 31 | Dir - Marketing | | X |
| 37 | Dir - Marketing | | X |
| 29 | Dir - Marketing | | X |
| 37 | Dir - National Accounts | | X |
| 57 | Dir - National Accounts | | X |
| 36 | Dir - National Accounts | | X |
| 63 | Dir - National Accounts | | X |
| 47 | Dir - National Accounts | | X |
| 38 | Dir - National Accounts | | X |
| 31 | Dir - National Accounts | | X |
| 49 | Dir - National Accounts | | X |
| 34 | Dir - Public Relations | | X |
| 43 | Dir - Regional Sales | | X |
| 57 | Dir - Regional Sales | | X |
| 57 | Dir - Regional Sales | | X |
| 32 | Dir - Regional Sales | | X |
| 49 | Dir - Sales Administration | | X |
| 42 | Dir - Sales Administration | | X |
| 37 | Dir - Sales Administration | | X |
| 45 | Dir - Sales Administration | | X |
| 39 | Dir - Sales Analysis | | X |
| 51 | Dir - Sales Analysis | X | |
| 53 | Dir - Sales Analysis | | X |
| 32 | Dir - Sales Analysis | | X |
| 32 | Dir - Sales Analysis | | X |
| 29 | Dir - Sales Operations | | X |
| 39 | Dir - Shows | | X |
| 51 | Dir - Shows | | X |
| 44 | Dir - Shows | | X |
| 45 | Dir - Shows | | X |
| 38 | Dir - Shows | | X |
| 45 | Dir - Shows | | X |
| 52 | Dir - Shows | X | |
| 56 | Dir - Training | | X |
| 58 | Dir - Training | | X |
| 35 | Dir - Training | | X |
| 44 | Dir-Customer Care | | X |
| 34 | Dir-Demand Planning | | X |
| 45 | Dir-Education Dev & Test Salon | | X |
| 45 | Dir-Finance | | X |
| 49 | Dir-Finance | | X |
| 38 | Dir-Finance | | X |
| 47 | Dir-Finance | | X |
| 57 | Dir-Finance | | X |
| 31 | Dir-Finance | | X |
| 54 | Dir-Finance | | X |

LUSA - 0012

| | | | |
|---|---|---|---|
| 33 | Educator | | X |
| 32 | Educator | | X |
| 30 | Educator | | X |
| 44 | Educator | | X |
| 44 | Educator | | X |
| 39 | Educator | | X |
| 37 | Educator | | X |
| 34 | Educator | | X |
| 41 | Educator | | X |
| 47 | Educator | | X |
| 30 | Educator | | X |
| 29 | Educator | | X |
| 32 | Educator | | X |
| 26 | Educator | | X |
| 37 | Educator | | X |
| 48 | Educator | | X |
| 33 | Educator | | X |
| 35 | Educator | | X |
| 53 | Educator | | X |
| 29 | Educator | | X |
| 28 | Educator | | X |
| 52 | Educator | | X |
| 39 | Educator | | X |
| 32 | Educator | | X |
| 36 | Educator | | X |
| 56 | Educator | | X |
| 48 | Educator | | X |
| 37 | Educator | | X |
| 40 | Educator | | X |
| 25 | Educator | | X |
| 28 | Educator | | X |
| 42 | Educator | | X |
| 36 | Educator | | X |
| 24 | Educator | | X |
| 50 | Educator | | X |
| 32 | Educator | | X |
| 41 | Educator | | X |
| 33 | Educator | | X |
| 29 | Educator | | X |
| 31 | Executive Asst II | | X |
| 44 | Executive Asst II | | X |
| 38 | Executive Asst II | | X |
| 44 | Executive Asst II | | X |
| 48 | Executive Asst II | | X |
| 45 | Executive Asst II | | X |
| 45 | General Manager | | X |
| 52 | General Manager | | X |
| 37 | General Manager | | X |
| 47 | General Manager | X | |
| 44 | General Manager | | X |
| 54 | General Manager | | X |

| | | | |
|---|---|---|---|
| 47 | General Manager | | X |
| 22 | Marketing Assistant | | X |
| 22 | Marketing Assistant | | X |
| 22 | Marketing Assistant | | X |
| 23 | Marketing Assistant | | X |
| 22 | Marketing Assistant | | X |
| 22 | Marketing Assistant | | X |
| 43 | Mgr - Business Development | | X |
| 49 | Mgr - Business Development | | X |
| 35 | Mgr - Business Development | | X |
| 40 | Mgr - Business Development | | X |
| 43 | Mgr - Business Development | | X |
| 63 | Mgr - Business Development | | X |
| 38 | Mgr - Business Development | | X |
| 50 | Mgr - Business Development | | X |
| 52 | Mgr - Business Development | | X |
| 32 | Mgr - Business Development | | X |
| 47 | Mgr - Business Development | | X |
| 51 | Mgr - Business Development | | X |
| 48 | Mgr - Business Development | | X |
| 38 | Mgr - Business Development | | X |
| 60 | Mgr - Business Development | | X |
| 30 | Mgr - Business Development | | X |
| 57 | Mgr - Business Development | | X |
| 57 | Mgr - Business Development | | X |
| 47 | Mgr - Business Development | | X |
| 34 | Mgr - Business Development | | X |
| 51 | Mgr - Business Development | | X |
| 46 | Mgr - Business Development | | X |
| 34 | Mgr - Business Development | | X |
| 57 | Mgr - Business Development | | X |
| 32 | Mgr - Business Development | | X |
| 44 | Mgr - Business Development | | X |
| 38 | Mgr - Business Development | | X |
| 52 | Mgr - Business Development | | X |
| 45 | Mgr - Business Development | | X |
| 37 | Mgr - Business Development | | X |
| 48 | Mgr - Business Development | | X |
| 31 | Mgr - Business Development | | X |
| 35 | Mgr - Business Development | | X |
| 40 | Mgr - Business Development | | X |
| 32 | Mgr - Business Development | | X |
| 33 | Mgr - Business Development | | X |
| 33 | Mgr - Business Development | | X |
| 36 | Mgr - Business Development | | X |
| 42 | Mgr - Business Development | | X |
| 48 | Mgr - Business Development | | X |
| 38 | Mgr - Business Development | | X |
| 39 | Mgr - Business Development | | X |
| 42 | Mgr - Creative Svcs | | X |
| 36 | Mgr - Digital | | X |

LUSA - 0014

| 27 | Mgr - Digital | | X |
|----|---------------|---|---|
| 27 | Mgr - Digital | | X |
| 27 | Mgr - Digital | | X |
| 31 | Mgr - Digital | | X |
| 41 | Mgr - Digital | | X |
| 36 | Mgr - Digital | | X |
| 26 | Mgr - Digital | | X |
| 32 | Mgr - Digital | | X |
| 28 | Mgr - eCommerce | | X |
| 30 | Mgr - eCommerce | | X |
| 29 | Mgr - eCommerce | | X |
| 31 | Mgr - eCommerce | | X |
| 28 | Mgr - Education | | X |
| 30 | Mgr - Education | | X |
| 29 | Mgr - Education | | X |
| 40 | Mgr - Education | | X |
| 32 | Mgr - Education | | X |
| 28 | Mgr - Education | | X |
| 37 | Mgr - Education | | X |
| 38 | Mgr - Education | | X |
| 31 | Mgr - Education | | X |
| 64 | Mgr - Education Development | | X |
| 35 | Mgr - Education Development | | X |
| 35 | Mgr - Education Development | | X |
| 43 | Mgr - Educational Event | | X |
| 39 | Mgr - Educational Event | | X |
| 38 | Mgr - Educational Event | | X |
| 57 | Mgr - Educational Event | | X |
| 34 | Mgr - Educational Event | | X |
| 25 | Mgr - Marketing | | X |
| 28 | Mgr - Marketing | | X |
| 27 | Mgr - Marketing | | X |
| 25 | Mgr - Marketing | | X |
| 25 | Mgr - Marketing | | X |
| 29 | Mgr - Marketing | | X |
| 26 | Mgr - Marketing | | X |
| 30 | Mgr - Marketing | | X |
| 29 | Mgr - Marketing | | X |
| 26 | Mgr - Marketing | | X |
| 27 | Mgr - Marketing | | X |
| 38 | Mgr - Marketing | | X |
| 29 | Mgr - Marketing | | X |
| 30 | Mgr - Marketing Svcs | | X |
| 28 | Mgr - Marketing Svcs | | X |
| 26 | Mgr - Marketing Svcs | | X |
| 27 | Mgr - Marketing Svcs | | X |
| 30 | Mgr - Marketing Svcs | | X |
| 29 | Mgr - Public Relations | | X |
| 57 | Mgr - Regional Business | | X |
| 48 | Mgr - Regional Business | | X |
| 52 | Mgr - Regional Business | | X |

| 49 | Mgr - Regional Business | | X |
|----|-------------------------|---|---|
| 50 | Mgr - Regional Business | | X |
| 46 | Mgr - Regional Business | | X |
| 49 | Mgr - Regional Business | | X |
| 51 | Mgr - Regional Business | | X |
| 56 | Mgr - Regional Business | X | |
| 40 | Mgr - Regional Business | | X |
| 32 | Mgr - Regional Business | | X |
| 53 | Mgr - Regional Business | | X |
| 46 | Mgr - Regional Business | | X |
| 64 | Mgr - Regional Business | | X |
| 39 | Mgr - Regional Business | | X |
| 37 | Mgr - Regional Business | | X |
| 57 | Mgr - Regional Business | | X |
| 44 | Mgr - Regional Business | | X |
| 58 | Mgr - Regional Business | | X |
| 35 | Mgr - Regional Business | | X |
| 31 | Mgr - Regional Business | | X |
| 57 | Mgr - Regional Business | | X |
| 28 | Mgr - Regional Business | | X |
| 29 | Mgr - Regional Business | | X |
| 39 | Mgr - Regional Business | | X |
| 55 | Mgr - Regional Business | | X |
| 53 | Mgr - Regional Business | | X |
| 44 | Mgr - Regional Business | | X |
| 60 | Mgr - Regional Business | | X |
| 30 | Mgr - Regional Business | | X |
| 35 | Mgr - Regional Business | | X |
| 43 | Mgr - Regional Education | | X |
| 38 | Mgr - Regional Education | | X |
| 38 | Mgr - Regional Education | | X |
| 32 | Mgr - Regional Education | | X |
| 57 | Mgr - Regional Education | | X |
| 33 | Mgr - Regional Education | | X |
| 64 | Mgr - Regional Education | | X |
| 60 | Mgr - Regional Education | | X |
| 51 | Mgr - Regional Education | | X |
| 46 | Mgr - Regional Education | | X |
| 38 | Mgr - Regional Education | | X |
| 53 | Mgr - Regional Education | | X |
| 38 | Mgr - Regional Education | | X |
| 52 | Mgr - Regional Education | | X |
| 34 | Mgr - Sales Administration | | X |
| 29 | Mgr - Sales Administration | | X |
| 29 | Mgr - Sales Administration | | X |
| 39 | Mgr - Sales Analysis | | X |
| 26 | Mgr - Sales Analysis | | X |
| 28 | Mgr - Sales Operations | | X |
| 33 | Mgr - Sales Training | | X |
| 30 | Mgr - Shows | | X |
| 30 | Mgr - Social Media | | X |

LUSA - 0016

| 35 | Mgr - Sourcing | | X |
|----|----------------|---|---|
| 33 | Mgr - Territory Sales | | X |
| 53 | Mgr - Territory Sales | | X |
| 33 | Mgr - Territory Sales | | X |
| 57 | Mgr - Territory Sales | | X |
| 49 | Mgr - Territory Sales | | X |
| 48 | Mgr - Territory Sales | | X |
| 37 | Mgr - Territory Sales | | X |
| 31 | Mgr - Testing | | X |
| 47 | Mgr - Testing | | X |
| 30 | Mgr-Finance | | X |
| 30 | Mgr-Finance | | X |
| 37 | Mgr-Finance | | X |
| 27 | Mgr-Finance | | X |
| 26 | Mgr-Finance | | X |
| 55 | Mgr-Finance | | X |
| 25 | Mgr-Finance | | X |
| 30 | Mgr-Finance | | X |
| 31 | Mgr-Finance | | X |
| 53 | President | | X |
| 55 | President | | X |
| 47 | President | | X |
| 62 | Specialist I-Customer Svc | | X |
| 48 | Specialist I-Customer Svc | | X |
| 56 | Specialist I-Customer Svc | | X |
| 27 | Sr Analyst - Sales | | X |
| 25 | Sr Analyst-Finance | | X |
| 30 | Sr Analyst-Finance | | X |
| 29 | Sr Analyst-Finance | | X |
| 24 | Sr Analyst-Finance | | X |
| 26 | Sr Analyst-Finance | | X |
| 27 | Sr Analyst-Finance | | X |
| 29 | Sr Analyst-Finance | | X |
| 44 | Sr Mgr - Business Development | | X |
| 50 | Sr Mgr-Finance | | X |
| 58 | SVP - Digital & Mktg | | X |
| 34 | SVP - Digital & Mktg | | X |
| 48 | SVP - Education | | X |
| 51 | SVP - Finance | | X |
| 51 | SVP - Marketing | X | |
| 57 | SVP-Business Dev | | X |
| 35 | Technician-R&I Evaluation | | X |
| 45 | VP - Business Development | | X |
| 37 | VP - Business Development | | X |
| 57 | VP - Business Planning | | X |
| 57 | VP - Creative Svcs | | X |
| 40 | VP - Digital | | X |
| 53 | VP - Digital | | X |
| 56 | VP - Digital | | X |
| 45 | VP - eCommerce | | X |
| 50 | VP - Education | | X |

LUSA - 0017

| | | | |
|---|---|---|---|
| 53 | VP - Education | | X |
| 46 | VP - Education | | X |
| 47 | VP - Field Sales | | X |
| 53 | VP - HR | | X |
| 60 | VP - HR | | X |
| 57 | VP - Marketing | | X |
| 37 | VP - Marketing | | X |
| 41 | VP - Marketing | | X |
| 42 | VP - Marketing | | X |
| 35 | VP - Marketing | | X |
| 46 | VP - Marketing | | X |
| 62 | VP - Promo Purchasing | | X |
| 42 | VP - Sales | | X |
| 51 | VP - Sales | | X |
| 53 | VP - Sales | | X |
| 51 | VP - Sales | | X |
| 51 | VP - Sales | | X |
| 47 | VP - Sales | | X |
| 42 | VP - Sales | | X |
| 52 | VP - Sales Administration | | X |
| 46 | VP - Shows, Prod, & Events | | X |
| 46 | VP - Technical Center | | X |
| 45 | VP-Finance | | X |
| 45 | VP-Finance | | X |
| 54 | VP-Finance | X | |
| 52 | VP-Finance | | X |
| 55 | VP-Finance | | X |
| 57 | VP-Group HR | | X |
| 65 | VP-IT | | X |