# EXHIBIT N

HIBBERSON Sarah <SHibberson@us.loreal.com>

Tue 6/14/2016 5:03 PM

To: Christine Peddy <christinepeddy@hotmail.com>;

Cc: HAVERSTICK Lisa <LHaverstick@us.loreal.com>;

Hi Christine. Thanks for your patience. At this time, I would like to inform you that we will reinstate your employment, including benefits and pay at L'Oreal. This means there will be no break in service for your salary and benefits. We recommend that you rejoin the PPD team, and will be able to offer you a position at your same level and pay. The details of the position are being finalized right now and I should be able to discuss with you on Thursday. I would love to suggest we meet in person on Thursday in the office. Would that work for you?
Sarah.

**From:** Christine Peddy [mailto:christinepeddy@hotmail.com]
**Sent:** Monday, June 06, 2016 5:09 PM
**To:** HIBBERSON Sarah
**Subject:** Re: Private - Raise an issue / formal grievance

Hi Sarah,

Thank you for the reply. I really appreciate you immediately jumping in, and helping me with this matter. It's very important to me, and I was very excited to join L'Oreal and have a long term career.

I look forward to hearing from you soon, and please feel free to call me.

Thanks again,

Christine Peddy
646-706-6113

Sent from christine's iPhone

On Jun 6, 2016, at 2:29 PM, HIBBERSON Sarah <SHibberson@us.loreal.com> wrote:

> Hi Christine. I am meeting with the team in PPD this week to review your situation so that I can make a recommendation. Thanks for your patience.
>
> **From:** HIBBERSON Sarah
> **Sent:** Thursday, June 02, 2016 9:19 AM
> **To:** Christine Peddy
> **Cc:** LULIN Emmanuel; ROZE Frederic
> **Subject:** Re: Private - Raise an issue / formal grievance
>
> Hi Christine. I have read your email and I understand your concerns. I am on vacation this week but know how important this is. I will be back to you shortly.

On Jun 1, 2016, at 5:57 PM, Christine Peddy <christinepeddy@hotmail.com> wrote:

Christine Peddy
464 Columbus Ave apt 5A
New York, NY 10024

June 1, 2016

Ms. Sarah Hibberson
SVP Human Resources
L'Oreal USA
575 Fifth Ave
New York, NY
CC: Frédéric Rozé; Emmanuel Lulin

Dear Sarah:

I would like to raise a formal grievance concerning my sudden job elimination from L'Oreal on April 14th. And I would like your help finding another position within L'Oreal so I can continue my career with a company and brands that I love.

I joined L'Oreal less than a year ago on May 5, 2015 as the AVP of Marketing on Matrix to lead Channel Marketing hired by VP Laurie Lam. I was recruited from Revlon because of my deep industry experience and leadership potential, and would like to continue in Brand or Shopper Marketing in another division in the New York City area. I have a MBA and a strong general management background working at all top tier CPG companies, and could do an Operational Marketing, Global Development, Shopper Marketing, Digital or Sales role – I am very flexible. I also have Mass Market, Luxury and Retail expertise that fits within every L'Oreal division.

I just formally received an exceeds expectations performance rating and salary increase (on December 17, 2015) from my direct manager VP Candy Gebhart and GM Paul Schiraldi. I helped established the Matrix Channel Marketing organization, and delivered several SalonCentric merchandising wins for the company in just a short period of time solely leading the team. I received a lot of positive input on my work both verbally and in writing from senior management and customers.

Which is why I was so surprised by my termination on April 14th and feel the way it has been handled is not consistent with L'Oreal's reputation and internal policies.

In summary, I was told by my new manager Candy Gebhart that she decided to reorg and eliminate my position. However, I was the only one affected by the reorg. She said my position is not going away; rather she wants to hire 2 younger people in my place. I was told this has nothing to do with my performance, and when I asked if I could be transitioned into another open role across L'Oreal was told they just didn't think of it.

Given I was just hired into this role less than a year ago and told this was an expanding priority role/business area in need of more resources this "reorg" does not make sense. Nor is this a fair way to handle this situation with any employee no matter what the reason. I was not even given the benefit of fair warning or any communication. I was just told to "immediately leave the office" and could not say goodbye or talk to anyone.

I had to follow up after the fact with Maria Morales and Paul Schiraldi on April 22nd to ask for their help finding another position. I was told they would help me and give me a strong performance recommendation. But was also told to go onto the career site and reapply to the company for any opportunities as if I was an external candidate. However given I was already terminated and I am now being asked to apply for open roles externally as if I was not an employee, this clearly puts me at a deficit and if anything marks me as some kind of "problem employee" which I am not. And I have not yet been given the opportunity to speak with anyone about the positions, and am also not aware of any openings that are not externally posted on career sites.

I am sorry to bother you with this but unfortunately I have been put in a situation where I feel I need to raise an issue and reach out for help. I have applied for over 20 open positions with no progress and it's going on two months now. As a single mom and provider to my family, this situation has created both stress and hardship and my salary and medical insurance has been cut off. Feel free to call me directly or you can also speak with Laurie Lam my previous boss who hired me, and my direct reports Lola Cooper and Brittany Moss who can provide their perspective on this situation and working with me. I am a very experienced professional and feel my age and gender had something to do with this.

Thank you for your help.

Sincerely,

Christine Peddy
christinepeddy@hotmail.com
646-706-6113

Below: Timeline. HR has my performance review, updated resume and e-mail communication.

Timeline:
- May 5, 2015: Hired as AVP to create a Channel Marketing organization for Matrix
- August – November 2015: Solely did all projects for the Stores channel (strategic and systems/executional) and delivered many wins for Matrix
- December 15, 2015: Received a positive performance review with exceeds expectations by Candy Gebhart and Paul Schiraldi
- February 22, 2015: Asked to provide formal feedback on Candy Gebhart as her direct report for ESCI Assessment which can be read
- April 5, 2016: E-mail sent to me from Candy Gebhart saying I'm an important member of the team and thanking me. Asks me to step in and further focus on the Stores Channel the next 2 months, given Lola Cooper (my Assistant Manager) is so junior
- April 8, 2016: E-mail sent by Candy Gebhart thanking me for my work on the BSG meeting success, and saying my hard work paid off
- April 13, 2016: Candy Gebhart meets with Marketing organization in her Kick Start meeting and verbally tells us all in addition to the 2 recent hires to alleviate the systems workload, another Marketing headcount will be added. Paul recognizes we need more people

- April 4, 2016: Reorg Just happened, position eliminated. This place is to deploy me in advance of this termination
- April 22, 2016: Follow-up meeting for a transition to a new role with Maria Morales and Paul Schiraldi. Paul said he would give me a strong performance recommendation internally to new managers
- June 1, 2016: I have externally applied for over 20 open Marketing positions at L'Oreal, and have received no communication about next steps

---
This message and any attachments (hereunder the << message >>) are
confidential and intended solely for the addressees. If you receive this message
in error, please delete it and immediately notify the sender. If the reader of this
message is not the intended recipient, you are hereby notified that any
unauthorized use, copying, or dissemination is prohibited. E-mails are susceptible
to alteration. Neither L'OREAL nor any of its subsidiaries or affiliates shall be liable
for the message if altered, changed or falsified.

---
This message and any attachments (hereunder the << message >>) are
confidential and intended solely for the addressees. If you receive this message
in error, please delete it and immediately notify the sender. If the reader of this
message is not the intended recipient, you are hereby notified that any
unauthorized use, copying, or dissemination is prohibited. E-mails are susceptible
to alteration. Neither L'OREAL nor any of its subsidiaries or affiliates shall be liable
for the message if altered, changed or falsified.

Plaintiff Doc. 00151