# EXHIBIT Q



*My* Goals    Set Goals    Perform    Review

2017    *My Career Aspirations*    *My Check-In*

Start Next Year    Print

| Process Started on: | 02/08/2017 04:02PM |
|---|---|
| Employee Goals Submitted: | 02/14/2017 03:02PM |
| Manager Goals Confirmed: | 02/27/2017 09:02PM |
| Manager Completed Year End Review: | |

**Key Job Accountabilities**

Oversee the marketing, promotional, merchandising and digital retail initiatives for our top salon partners. SalonCentric stores and Tecni.art brand to deliver on turnover and sales objectives.  Work with the LP cross-functional team, salons and store team to develop calendars, retail programs, as well as identifying opportunities to further develop the business.  In addition, oversee the priority US execution of Hair Fashion Night global event.  Key Marketing leader for the Salon Emotion and Mobity initiatives, and Level Loyalty Rewards.

Be a positive leader and inspire the L'Oreal Professionnel Marketing team to support these new marketing initiatives, incorporate Salon Emotion and digital retail content into launches, and plan for the new opportunities.  Be the luxury LP Parisian brand, and spend time with our customers to become more salon / stylist Centric.
▽ Comments


Christine Peddy
12/05/2017  1:51:36PM

This past year I was the leader of all Customer Centric initiatives for L'Oreal Professionnel, that helped to deliver brand growth, and were viewed as best practices for the PPD division/world.  I successfully launched the first US Hair Fashion Night, and Digitalized the top L'Oreal Professionnel salons with screens which are now top PPD 2018 strategic priorities. I delivered all of my business priorities asked of me.  My management of the Store Channel was a key growth driver for L'Oreal Professionnel up +8.6% for the Nov month and +4.8% YTD over delivering vs. budget.  I took on the brand management of Tecni.art, and turned the styling business around to deliver +33% growth in Nov and plan a successful 2018 Panier of launches.  I delivered the priority US execution of Hair Fashion Night with our top 75 salon partners and 653 stores, driving Tecni.art growth of +2.3% and +19% respectively.  I was the leader of Salon Emotion, and brought on board Mobity to roll out digital screens to our top 30 Salon Partners, including Warren Tricomi and Oscar Blandi enabling us to push out branded content.  I successfully launched Level Loyalty for L'Oreal Professionnel, helping to migrate all salons, create a catalog of rewards and test CRM and Double Points promotions to drive growth.  I helped both salons and our consumers experience the luxury L'Oreal Professionnel brand through my projects and developed relationships with our top Black Elite salons and owners.  As a leader, I helped educate the marketing, sales and education teams to embrace these new customer initiatives and use them to further collaborate with our salon partners and include in our go to market support plans for launches.

**Add new comment**

**Business Goal**

Manage the Tecni.art brand, and deliver the US execution of Hair Fashion Night.  Achieve Net Sales Revenue Budget of $3.8M +5% vs. PY comparable.

- Develop 2017 remaining brand promotions to deliver the Styling plan
- Optimize the portfolio recommendation for the US, and determine global innovations to launch
- Sell-in Hair Fashion Night to top salon customers, and SalonCentric stores.  Execute the June 15th events to drive awareness of Tecni.art, partner with our stylists / top salons, communicate the new hair styles and attract new clients
- Creatively think of new ways to merchandise and promote Tecni.art to become the styling brand of choice
▽ Comments

Christine Peddy
12/05/17  3:10:31PM
*HAIR_FASHION_NIGH...*

In addition to my current job responsibilities I took on the management of the Tecni Styling business after 2 marketing team members left.  I delivered the first successful US execution of Hair Fashion Night, turned the business around to deliver growth vs. PY and planned a successful 2018 Panier with six launches.  Tecni.art delivered +33% growth in Nov (+$82K) driving the overall L'Oreal Professionnel portfolio growth, and is trending to finish the year at $3.7M.  Unforeseen out of stocks driven by Europe, somewhat impacted the year.  I successfully planned and launched the back half holiday and year end hair spray sale promotions, as well as the new Hollywood Waves line.  The Hollywood Waves launch with a Cruxe bag promotion created exciting news for the business and sold within 3 weeks.  The planned digital, social and PR support successfully drove awareness and made L'Oréal's overall top 10 earned media list for the month.  The portfolio was rationalized, and the model created to bring in six top global performing SKU's for launch to grow the business in 2018 and minimize excess inventory.  I fully led the first US launch of Hair Fashion Night to help our salon partners and have consumers experience the L'Oreal Professionnel brand.  The US was selected as the global best practice and the initiative was shared at the PPD town hall and highlighted in the President's Q3 best results for the company.  Hair Fashion Night was sold into over 75 salon partners and activated in over 653 stores.  It grew the Tecni.art styling business +2.3% and +19% respectively.  A merchandiser was created to display the product, the promotion secured the Cash Wrap merch placement in stores and a digital selfie station was developed to drive awareness of Tecni.art and become the styling brand of choice.

Hair Fashion Night Results:
Hair Fashion Night Kit with $500 Tecni.art purchase - +7.3% vs. budget
Geo Targeted Facebook campaign - $39K / Reach 1.7MM
CRM to consumers - 20k / 5.2% open rate
Facebook Live with influencer Anh Co Tran - 32k views / 221k reach

LUSA - 0090

You Tube Playlist - 6 Styling How to Videos
Style My Hair App - +50% lift in downloads
Selfie Station in Salons - #HFNIGHTUS

A 2018 Hair Fashion Night Plan was created and presented to Antonio by me, to bring the initiative to 500 salons and leverage NY Fashion Week and Alexa Chung. It was well received and approved.

**Add new comment**

**Business Goal**

Play a leadership role in managing SalonCentric Store Channel for the Color, Retail and Styling portfolios and developing the right strategy for growth and communication.

- Develop the 2017 plan and calendar of events
- Be an effective business partner, with SalonCentric management team and brand teams
- Key learnings and recommendations for Color and Retail, new customers
- Manage the Store budget in partnership with Brand, Finance and Sales Admin
- Champion field support to focus on LP flawless execution of promotions
- Store expert in Brand status and quarterly promotion meetings leading the communication
- Lead the priority LP January focus month and Serie July focus month for the re-launch
▽ Comments



**Christine Peddy**
12/05/17 3:29:46PM
_2018_STORES_STRAT_

I was the leader and managed the $28 million SalonCentric Store channel for the L'Oreal Professionnel brand to become 35% of the business. Because of my customer background and the strong relationships I've developed with the store team over my past 2.5 years, this channel became a growth driver for LP this year. Stores grew +8.6% in Nov with growth across every category, and +4.8% YTD. Most importantly the growth was driven by Color, and helped to offset the Street miss. All 2017 plan was created with a calendar of promotions, I led all Channel planning meetings for Stores in Tampa, I was the key contact for the buying, marketing, merchandising and events team with daily communication. I also created the merchandising pitches for LP and secured space for our new launches. Shop n' Learns were reinvented to become educational experiences for our stylists. I fully planned and executed the LP Brand Experience room at the Sales Meeting, planned the Beauty Guru's event and executed 5 Shop n' Learns each delivering a 150-200% lift to the business. Serie was successfully re-launched with 2 focus events and is +3% YTD. A full 2018 capex budget plan was presented and approved by the GM to roll out additional Color Walls, graphics, and expand LP into new stores.

**Add new comment**

**Business Goal**

Drive Salon Success with top customers through Salon Emotion, Retail Digitalization and Level Loyalty Rewards roll-out.

- Lead Mobily roll-out to digitalize our top salon partners, driving traffic in and elevating retail product sales.  Get all of our top salons up and running, and digitalize our LP content to be pushed out
- LP point of contact for the Level Loyalty Rewards launch.  Lead monthly updates of salon lists, on-line rewards catalog, CRM e-mail communication and reporting of results to the team
- Incorporate Salon Emotion as all of our Color and Retail promotions with POS at the touch points, and inclusion in Unique Art.  LP point of contact with Paris Global Retail Team
- Support the Serie 2H relaunch with merchandising support for Salons
▽ Comments



**Christine Peddy**
12/05/17 3:53:34PM
_LP SALON PARTNERS_

I was the champion of driving new Customer initiatives for both L'Oreal Professionnel and the PPD division consulting with all brand partners.  I was the LP lead for Salon Emotion, and incorporated the 7 touch points into the LP go to market plans for launches.  I established the relationship with Mobily and the strategy to bring the Salon Retail Digitalization initiative to our top salon partners.  I was the point person for Level Loyalty Rewards and successfully migrated our salon partners to the new data base, established the Black Tier and Prestige Partners lists and created a catalog of LP Rewards merchandise to redeem for.  For the Mobily initiative I successfully sold in and led the installations with our top 30 salon partners working with our capex funding.  I established a close working relationship with the Mobily team, created the welcome package for salons, LP creative content loop for the dashboards, and a program to pull in our social media to screens real time.  I worked with salon owners and Mobily on the needed training, screen procurements and pricing.  I also created the section to offer the digital screens through Level Loyalty Rewards.  For Level I updated all salon lists, a manual process to cross check, confirmed e-mails, onboarded the sales team and created the Welcome to Black and Prestige Partners CRM's for LP.  I attended the monthly meetings and set up the first Double Pts test.  The Level team was a pleasure to work with, and often commented that LP was the most engaged brand.  We also were successful in using Level tier jumping to close quarterly sales gaps and stand out vs. the competition with our salon partners.  Salon Emotion evolved from a 5 salon test to a go to market launch strategy for LP.  Activating and providing a great service at the 7 touch points was incorporated into each launch, included in Unique Art and evolved to digital POS saving money with the roll out of screens.  I did attend the Paris retail meeting and remained in touch for the latest information.  The initial Serie merchandising I developed with James Shaw for review with the Brand and both Ulta and SalonCentric presentations.

**Add new comment**

**People Goal**

Adapt a salon / stylist centric business approach to deliver stronger marketing programs that solve a need and drive results.

- Become closer to the salons and stylists we service, better understanding their business and their needs

LUSA - 0091

- Partner with a few local salons working with them on a regular business, especially during Wednesday afternoons. Share learnings with team
- Where possible, provide guidance and improve merchandising for a more impactful salon and retail experience
- Participate in MSD
- Participate in Salon and SalonCentric meetings
- When possible attend a show and/or Hair event
  ▽ Comments



**Christine Peddy**
12/05/17  4:17:30PM

With a strong background in customer marketing and retail experiences (15+ years), I have always put the customer at the center of everything from a marketing and relationship standpoint. I enjoyed proactively meeting with the top LP salon owners in the industry, Edward Tricomi, Oscar Blandi, the Frederic Fekkai team, Jo Blackwell at Dop Dop, Noelle, Yves Durif and Broome Street Society to name a few. I met with them on Wednesdays, shared the Digital Screen opportunity and often highlighted and sold in some LP launches. I worked with Warren Tricomi closely to be our NYC host of Hair Fashion Night, and Ramirez Tran on the West coast. I provided guidance on the retail and digital screen placements, and in some instances on the Color Bars and merchandising to become a new flagship salon. I played an instrumental role in the SalonCentric Channel meetings, especially leading the Store discussions. I attended the Intercoiffure Hair Show and managed the LP booth meeting a lot of salon owners. I also was on the Digital Color Growth Hackers for LP and led the panel discussion with stylists and owners for PPD.

Add new comment

**People Goal**

Work effectively with all cross-functional partners including Marketing, Sales, Education, Digital, Communication and Finance.

-Key communicator of merchandising and business building opportunities
-Clearly communicate strategies and assign tasks to ensure on-time deliverables
-Champion collaboration and problem-solving in meetings to aid in improving program execution
-Encourage big ideas that can be delivered with a small budget
  ▽ Comments



**Christine Peddy**
12/05/17  4:31:33PM

In my current role I was not given the opportunity to have a team of direct reports. I solely managed both the strategy and execution of the new customer focused projects for LP. In the SalonCentric Stores role. I did work very closely with all of the store partners in the Tampa NOC and field, with the Level Loyalty leads and database team, and the internal LP cross-functional team once I had the opportunity to manage the Tecni.art business which was great. I have always led large teams of people and enjoy being both a mentor and developing talent. Mobity was a great project in managing an agency closely and detailed list of deliverables. Hair Fashion Night and the Hollywood Waves launch plan, both very successful were great to encourage the team to come up with big ideas with little budget and execute a complex massive promotion with many moving pieces. For Tecni.art I worked closely with Education to prepare new product knowledge guides, a Hollywood Waves Tech Guide and test the new planned items for 2018. It would be great to get 360 feedback from the Level team, SalonCentric Store team and Mobity as I worked so closely with them this past year.

Add new comment

**Additional Comments**
  ▷ Comments

**Manager's Additional Comments**

Overall Key Job Accountabilities:     Developing Mastery
Overall Business Goals:               Meets Expectations
Overall People Goals:                 Meets Expectations

Final Contribution Rating:     3 - Meets Expectations
                               Contribution rating sent to HR on 11/01/2017 at 4:13 PM.

Return to the Self Service Homepage



LUSA - 0092