# EXHIBIT V

**Fursland, Emma J.**

ATTORNEY-CLIENT COMMUNICATION

C1 - Internal use

**From:** MARTINEZ-RUMBO Antonio

**Sent:** Friday, December 8, 2017 1:29 PM

**To:** GREENBERG David <David.GREENBERG@loreal.com>

**Cc:** BRITTINGHAM Scott <Scott.Brittingham@loreal.com>

**Subject:** FW: Meeting with Christine Peddy


FYI


**From:** MORRIS Lisa

**Sent:** Friday, December 8, 2017 10:50 AM

**To:** MARTINEZ-RUMBO Antonio <Antonio.MARTINEZ-RUMBO@loreal.com>

**Subject:** Fwd: Meeting with Christine Peddy


Per our discussion.

1

Confidential  LUSA05349

Lisa

Sent from my iPhone

Begin forwarded message:

**From:** MERCEDES Farida <Farida.MERCEDES@loreal.com>

**Date:** December 7, 2017 at 12:15:52 PM EST

**To:** MORRIS Lisa <Lisa.MORRIS@loreal.com>, BRITTINGHAM Scott <Scott.Brittingham@loreal.com>

**Subject: RE: Meeting with Christine Peddy**

Thank you for this follow up.

I told her several times that I would work with her to help facilitate conversations since she can only apply to one job at a time. She chooses unfortunately to hear what she wants. At this point, it's very hard to support her, if she is not willing to work with me.

I know Scott will be having a conversation with David, Roze and Stephane today I will know what the direction we will take after.

Thanks,

Farida

**From:** MORRIS Lisa

**Sent:** Thursday, December 7, 2017 12:06 PM

**To:** BRITTINGHAM Scott <Scott.Brittingham@loreal.com>; MERCEDES Farida <Farida.MERCEDES@loreal.com>

**Subject:** Meeting with Christine Peddy

Scott / Farida

Per my conversation with Scott last week and then some subsequent emails from Christine to Michelle this week I put a meeting on the calendar.  I just met with her and it was an awkward conversation.

Confidential                                                                                                                                                              LUSA05350

Her point is that she wants to stay within the L'Oreal organization and she does not feel like she has the help to navigate through this. In her last experience she met with Sarah Hibberson and was told that was not the normal way of doing business (what was done last time) and that in the same meeting of being told her role was eliminated she should have been given opportunities that she can then apply for. I let her know that I believe the discussions of what was available to apply for had happened in this process several weeks prior and that at the time of her meeting with us we weren't aware of any open opportunities. She says that then next day Kielh's has posted one in Customer Marketing and since even another in Luxe for Fragrance Marketing (which she tells me she has experience in).

I told her that we cannot vouch for her prior experience and that is why she has been directed to apply online. Her only comment is that she is only allowed to apply internally for one role at a time – so I told her I would speak to you both about if we can change that so she can apply for the Fragrance job as well. She repeatedly asked for someone to shepherd her through the process and help her and I was clear that we couldn't do that unless it was for things that she had actually done while working on this team. I also bought up previous feedback that I had personally given her on items she needs to work on but she wasn't very receptive.

I ended with to us we are in another phase of the process – we have looked at the opportunities and there weren't any so we were in the exit phase per the conversation we had with her 2 weeks ago.

Obviously she left disgruntled, so just want you both aware. At no time did she ask me about Christina's role and when I bought it up she said she just wants anything and didn't ask about it further! She didn't want to hear my feedback on why I would not select her for that role.

Let me know if you have any questions or concerns. Farida I think you are traveling and Scott I know you have a busy day – so just wanted to get this out in case either of you are contacted.

Thanks,

Lisa

This message and any attachments are confidential and intended solely for the addressees.
If you receive this message in error, please delete it and immediately notify the sender. If the reader of this message is not the intended recipient, you are hereby

Confidential                                                                                                                                          LUSA05351

notified that any unauthorized use, copying or dissemination is prohibited. E-mails are susceptible to alteration. Neither LOREAL nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.

4

**Confidential**                                                                                                                                                                                                                                                  **LUSA05352**