# EXHIBIT DD

Job Description

AVP of Marketing, National Accounts and Stores

Reports to VP of Marketing

**POSITION SUMMARY**

The AVP is responsible for the overseeing all marketing, promotional and merchandising to support our National Account and Distributor Stores to deliver on turnover and sales objectives.  The position is responsible for working directly with National Account Managers, retailers, and Store teams to develop promotional calendars, retail programs, as well as identifying opportunities to further develop the business.  The AVP of National Accounts and Stores will have a team of 2-3 direct reports.

**RESPONSIBILITIES**

- Works with marketing, sales and education for all chain support, manages and facilitates key planning meetings, promotional calendars, relevant sell-in materials, communication guidelines, comps, images.

- Oversee development of merchandising plans, POS, and planogram resets across over 1800 doors in the US.

- Lead and manage strategic quarterly plans for National Retailers and Stores and develop customer partnerships through key relationship development, status meetings and identification of business opportunities through long term strategic planning.

- Manage all cross-functional communication and timelines between marketing, sales, education, creative and purchasing teams.

- Develops channel specific programs, promotions, as well as, manages changes throughout the year, ensuring constant communication, input and feedback from National Retailers and Distributor Store Network.

Confidential
LUSA 00780

- Collaborates with brand marketing on promotional post-analysis by promotion/account for success rate, sell-in/sell-thru, & key learnings. Completes detailed reporting for senior management team.

- Manages spending and promotional discount allowances of marketing budgets across all channels.

**KEY QUALIFICATIONS**

- Ability to work autonomously, strong organization and planning
- Ability to lead and elevate a team of direct reports
- Strong analytical skills, with an exceptional proficiency in database, excel
- Excellent communication skills both written and oral
- 3-5 years in retail shelf merchandising, experience within retail experience
- 1-3 years experience in customer/channel marketing
- Exceptional presentation and influencing/negotiation skills
- Cross – functional and collaborative
- Creative and critical thinking and problem solving skills
- Decision making abilities, ability to represent the brand at a high level in all meetings and functions
- Travel up to 30% (including bi-monthly store visits)