**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 5-18-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE PEDDY,

          Plaintiff,

     v.

L'OREAL USA Inc.,

          Defendant.

No. 18-CV-7499 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     The Court will hold oral argument on Defendant's motion for summary judgment on June 17, 2020 at 2 PM via videoconference. The Court will send the parties logistical information about the videoconferencing technology closer to the date of the argument.

SO ORDERED.

Dated:  May 18, 2020
         New York, New York

                                        Ronnie Abrams
                                        United States District Judge