```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE PEDDY,

                Plaintiff,

      v.

L'OREAL USA Inc.,

                Defendant.

No. 18-CV-7499 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On consent of the parties, oral argument on Defendant's motion for summary judgment is hereby moved to June 19, 2020 at 10 AM. The conference line for oral argument is (888) 363-4749, and the access code is 1015508. This conference line is open to the public. The Court will email the parties with information on the videoconferencing technology.

SO ORDERED.

Dated:    June 17, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge