UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRISTINE PEDDY,

                    Plaintiff,                        18 **CIVIL** 7499 (RA)

      -against-                       **JUDGMENT**

L'OREAL USA, INC.,

                    Defendant.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2020, L'Oreal's motion for summary judgment is granted. Although the Court is sympathetic to Peddy's plight, she has not established that her termination was the result of unlawful age discrimination or retaliation; accordingly, the case is closed.

**Dated:**  New York, New York
           July 15, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                             **BY:**

                                                        **Deputy Clerk**