# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Christine Peddy

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 7499 (RA)(JLC)

-against-

**NOTICE OF APPEAL**

L'Oreal USA Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiff Christine Peddy

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: July 15, 2020
(date that judgment or order was entered on docket)

that:

Dismissed Plaintiff's case on Summary judgment motion

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 7, 2020
Dated

Signature

Goldberg, Lauren
Name (Last, First, MI)

3 Columbus Circle 15th Floor, NY NY 10019
Address        City         State       Zip Code

646-452-8380
Telephone Number

lg@lgoldberglaw.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13