UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE PEDDY,

                Plaintiff,

    -against-

L'ORÉAL USA, INC.,

                Defendant.

1:18-cv-07499-RA-JLC

**NOTICE OF REQUEST
TO TAX COSTS**

TO:    Clerk of the Court
        U.S.D.C., Southern District of New York
        500 Pearl Street
        New York, New York 10001

      **PLEASE TAKE NOTICE** that upon the Judgment entered on July 15, 2020 in favor of L'Oréal USA, Inc. ("L'Oréal" or "Defendant") in the above-referenced matter, the Defendant, through their counsel, request that the Clerk of the Court for the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10001, on June 25, 2021 at 9:30 a.m., tax costs in their favor and against Plaintiff Christine Peddy in the amount of $15,587.74, under Fed. R. Civ. P. 54(d), Local Rule 54.1 of this Court, and 28 U.S.C. § 1920.  In support of their request to tax costs, Defendants attach their Bill of Costs and the Declaration of Eric A. Savage with accompanying exhibits.

New York, New York
Dated: June 10, 2021                                    **LITTLER MENDELSON, P.C.**


By:___*/s/ Eric A. Savage*_____
       Eric A. Savage
       Emma J. Diamond
       Daniella E. Adler
       900 Third Avenue
       New York, NY 10022
       212-583-9600
       Attorneys for Defendants

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

CHRISTINE PEDDY ) 
) 
v. )     Case No.: 1:18-cv-07499-RA-JLC
L'ORÉAL USA, INC. ) 
) 

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____07/15/2020_____ against _____Plaintiff Christine Peddy_____ ,
                                                      *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,646.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 11,901.24 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,269.08 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL    $ | 18,816.82 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

   ☑   Electronic service          ☐   First class mail, postage prepaid

   ☐   Other: _____

     s/ Attorney:    _____s/ Eric A. Savage_____

        Name of Attorney: _Eric A. Savage_

For: _____L'Oréal USA, Inc._____     Date: _____06/10/2021_____
                           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
     *Clerk of Court*                           *Deputy Clerk*                       *Date*