# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-one.

Before:    John M. Walker, Jr.,
           Michael H. Park,
           William J. Nardini,
              *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 18 2021

Christine Peddy,

    Plaintiff - Appellant,

v.

L'Oreal USA, Inc.,

    Defendant - Appellee.

**STATEMENT OF COSTS**

Docket No. 20-2643

IT IS HEREBY ORDERED that costs are taxed in the amount of $ 167.50 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/18/2021